584 S.E.2d 364

**In the Matter of Barry W. BELLINO, Respondent.**

Supreme Court of South Carolina.

July 24, 2003.

## ORDER

By order dated July 22, 2003, respondent was placed on interim suspension and Patrick M. Higgins, Esquire, was appointed, pursuant to Rule 31, RLDE, Rule 413, SCACR, to protect the interests of respondent's clients. Philip L. Fairbanks, Esquire, is hereby appointed, pursuant to the same rule, to assist Mr. Higgins in this matter. Mr. Fairbanks shall have the same authority as that given Mr. Higgins in the July 22, 2003 order.

IT IS SO ORDERED.

/s/JEAN H. TOAL, C.J.
FOR THE COURT